Simon Gursky v. Frank M. Blair.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Robert J. Haire.— Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Proving the Alleged Last Will and Testament of Carrie M. Metcalf, Deceased, as a Will of Real and Personal Property. John J. Barnsdall, Appellant; Pearl Barnsdall Neal and Another, Respondents.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

James R. Hunter, Respondent, v. Press Publishing Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Anthony Kelley, Respondent, v. Interborough Ferry Company of Brooklyn, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Charles V. Morrison, Appellant, v. Lewis H. Woods, Respondent, Impleaded. Charles V. Morrison, Appellant, v. Lloyd-Phyfe Company, Respondent. Charles V. Morrison, Appellant, v. Joseph Bucco, Respondent.— Judgments affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Laughlin, J., dissented and voted for new trial as to defendant Bucco.

Kathryne Sagendorf Marston, as Executrix, etc., Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; McLaughlin and Scott, JJ., dissented.

Minnie Wolfson, Respondent, v. American Druggists Syndicate and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William Ebling and Others, Appellants, v. Mendel Pressberger, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Laughlin, J., dissented.

William J. O'Connor, Respondent, v. Charles Loesch, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Ingraham, P. J., and McLaughlin, J., dissented.

Sarah Regan, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Ingraham, P. J., dissented.